to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Palmer Pillans, D. Willard, Jr., Wm. J. Kane,* and *Alexis T. Gresham* for petitioner. *Messrs. S. R. Prince, Sidney S. Alderman,* and *Henry L. Walker* for respondent.

No. 821. WRIGHT *v.* FIRST JOINT STOCK LAND BANK OF FORT WAYNE ET AL. May 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Samuel E. Cook* for petitioner. *Messrs. Clyde J. Cover* and *John D. Shoaff* for respondents.

No. 848. CROCKETT *v.* JOHNSTON, WARDEN. May 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *William C. Crockett, pro se.*

No. 937. DEATHERAGE ET AL. *v.* PLUMMER, WARDEN, ET AL. May 6, 1940. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *Thaddeus Deatherage* and *Louis Deatherage, pro se.*

No. 964. RHODES *v.* IOWA. May 6, 1940. Petition for writ of certiorari to the Supreme Court of Iowa, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. F. E. Northup* for petitioner.